# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-CR-455-LDG-LRL |
| Plaintiff, ) | |
| vs. ) | ORDER CONTINUING SENTENCING |
| MATTHEW RIDGE, ) | |
| Defendant. ) | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

**IT IS HEREBY ORDERED** that the sentencing in the above-captioned matter currently scheduled for August 17, 2010, at the hour of 10:00 a.m., be vacated and continued until Monday, August 30, 2010 at the hour of 2:00 PM. courtroom 6B.

DATED this  12  day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE

3