**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CA-11-10051 |
| | ) | |
| Plaintiff-Appellee, | ) | 2:09-cr-00455-LDG |
| vs. | ) | |
| | ) | |
| MATTHEW W. RIDGE, | ) | |
| | ) | |
| Defendant-Appellant. | ) | **ORDER** |

Pursuant to the order filed May 05, 2001, by the Ninth Circuit Court of Appeals directing the appointment of counsel for appellant, IT IS HEREBY ORDERED THAT Assistant Federal Public Defender Brenda Weksler is appointed to represent Matthew W. Ridge for this appeal. Ms. Weksler's address is 411 E. Bonneville Ave, Suite 250, Las Vegas, NV 89101 and phone number is 702-388-6577.

Former counsel Carl E.G. Arnold is directed to forward the file to Ms. Weksler forthwith.

The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointments@ca9.uscourts.gov.

DATED this __19__ day of May, 2011.

_____
United States District Judge