# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW RIDGE,

    Defendant.

Case No. 2:09-cr-00455-LDG (LRL)

**ORDER**

    Defendant Matthew Ridge, acting *pro se*, has requested a copy of the docket sheet and that fees be waived (#47). A review of the docket establishes that this matter is presently before the Ninth Circuit on appeal, that the Ninth Circuit has permitted defendant to proceed *in forma pauperis*, and has provided for the appointment of counsel. As such, the present motion is moot and will be dismissed without prejudice. Therefore,

    THE COURT **ORDERS** that Defendant's *pro se* Request for a Copy of the Docket Sheet (#47) is DENIED without prejudice.

DATED this  19  day of May, 2011.

                                      Lloyd D. George
                                      United States District Judge