# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW RIDGE,<br><br>    Defendant. | Case No. 2:09-cr-00455-LDG<br><br>**ORDER** |

    Defendant Matthew Ridge filed a Notice of Filing of Second or Successive Petition in the Ninth Circuit and Filing of Protective Abridged Motion to Vacate Under 28 U.S.C. §2255 (ECF No. 89). In that document, the defendant asked that the Court hold the Abridged Motion in Abeyance pending the Ninth Circuit's decision whether to grant the application to file a successive petition, and that this Court issue an Order that the Abridged Motion to Vacate is deemed filed *nunc pro tunc* to June 24, 2016.

    The Ninth Circuit granted defendant's petition, authorized this Court to proceed with the Abridged Motion, and deemed that the Abridged Motion was filed in this Court on June 24, 2016. Accordingly,

    THE COURT **ORDERS** that Defendant's request to hold his Abridged Motion in Abeyance (ECF No. 89) is GRANTED;

THE COURT FURTHER **ORDERS**, consistent with the Ninth Circuit Court of Appeal's decision, that the Abridged Motion to Vacate Under 28 U.S.C. §2255 is deemed to be filed *nunc pro tunc* to June 24, 2016.

DATED this ___8___ day of May, 2018.

_____
Lloyd D. George
United States District Judge