# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

United States of America,

                Plaintiff,

v.

Matthew Ridge,

                Defendant.

JUDGMENT

Case Number: 2:09-cr-00455-LDG-LRL

(Related case: 2:16-cv-03047-LDG)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Defendant Matthew Ridge's Abridged Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. §2255 is DENIED. THE COURT FURTHER ORDERS that it will not grant a certificate of appealability.

2/3/2020  
Date

DEBRA K. KEMPI  
Clerk

/s/ M. Reyes  
Deputy Clerk