UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW RIDGE,<br><br>　　　　Defendant. | Case No. 2:09-cr-00455-JAD-LRL-1<br><br>**ORDER**<br><br>ECF No. 111 |

　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, January 4, 2022 at 2:00 p.m., be vacated and continued to March 21, 2022, at 11:00 a.m.

　　DATED this 29th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE