# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00455-JAD-LRL-1 |
| Plaintiff, | **ORDER** |
| v. | |
| MATTHEW RIDGE, | ECF No. 114 |
| Defendant. | |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Monday, March 21, 2022 at 11:00 a.m., be vacated and continued to July 25, 2022, at 11:00 a.m.

DATED this 7th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE