UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff<br><br>v.<br><br>Matthew Ridge,<br><br>　　　　Defendant | Case No.: 2:09-cr-0455-JAD-LRL<br><br>**Order Appointing New Counsel and Denying Motion to File Successive 2255 Motion**<br><br>[ECF Nos. 116, 117, 118, 119] |

　　　　Defendant Matthew Ridge is serving a term of supervised release following a custodial sentence for a 2010 drug-trafficking conviction. Two motions to vacate his sentence under 28 U.S.C. § 2255 have been denied,[1] and Ridge moves this court for leave to file another successive one.[2] Because that request must be directed to the U. S. Court of Appeals for the Ninth Circuit and not this one,[3] and because Ridge is represented by counsel but filed this request in a pro se capacity in violation of Local Rule IA 11-6,[4] IT IS ORDERED that the motion to file a successive petition **[ECF No. 116] is DENIED** without prejudice to its refiling by Ridge's attorney in the circuit court. To the extent that the government moves to strike Ridge's motion, I **deny [ECF No. 119]** that request as moot.

---

[1] ECF Nos. 82, 94.

[2] ECF No. 116.

[3] *See* 28 U.S.C. § 2255(h) ("A second or successive motion must be certified as provided in section 2244 by a panel of the appropriate court of appeals").

[4] The rule states that "a party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney. . . ." L.R. IA 11-6.

Additionally, Ridge moves to have new counsel appointed to represent him in his pending supervised-release revocation proceedings,[5] and Ridge's counsel moves to withdraw based on a conflict and asks the court to appoint conflict-free panel counsel.[6]  Good cause appearing, IT IS ORDERED that these motions **[ECF Nos. 117, 118] are GRANTED.  The Federal Public Defender is relieved of further representation of Ridge, and this matter is referred for the appointment of a panel attorney.**  For assistance in that process, the court notes that Adam Gill has been appointed to represent Ridge in 2:21-cr-00305-GMN-VCF.

       IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 10, 2022

---

[5] ECF No. 117.
[6] ECF No. 118.