**STIP**
ADAM L. GILL, ESQ.
Nevada State Bar No. 11575
723 South 3rd Street
Las Vegas, NV 89101
P: (702) 750-1590
F: (702) 548-6884
Attorney for Defendant
Francisco Mares

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MATTHEW RIDGE,<br><br>        Defendant, | Case No:  2:09-cr-00455-JAD-LRL-1<br><br>**STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING**<br>**(2nd Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant MATTHEW RIDGE, by and through his counsel, ADAM L. GILL, ESQ. and the United States of America, by its counsel, KENNETH PORTZ, ESQ., Assistant U.S. Attorney, that the Revocation of Supervised Release Hearing in the above-captioned matter currently set for July 25, 2022 at 11:00 a.m. be continued to at least 60 days.

This stipulation is entered for the following reasons:

1. Counsel for the defendant needs additional time to conduct investigation into the case.

2. Mr. Gill has spoken with Mr. Ridge and he agrees with this continuance.

3. Mr. Gill has spoken to Mr. Portz and Mr. Portz has indicated that he has no objection to this continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. In addition, the continuance sought is not for delay and the ends of justice are in fact

served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with the hearing on July 25, 2022.

DATED this 18th day of May, 2022.

/s/ Adam L. Gill
Adam L. Gill, Esq.
Counsel for Defendant
Matthew Ridge

/s/ Kenneth Portz
Kenneth Portz, Esq.
Attorney for the United States
Assistant United States Attorney

**FOF**
ADAM L. GILL, ESQ.
Nevada State Bar No. 11575
723 South 3rd Street
Las Vegas, NV 89101
P: (702) 750-1590
F: (702) 548-6884
Attorneys for Defendant
Francisco Mares

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>MATTHEW RIDGE,<br><br>         Defendant. | Case No: 2:09-cr-00455-JAD-LRL-1<br><br>**ORDER** |

### FINDINGS OF FACT

Based on the stipulation of Counsel, and good cause appearing, the Court finds that:

1. Counsel for the defendant needs additional time to conduct investigation into the case.

2. Mr. Gill has spoken with Mr. Ridge and he agrees with this continuance.

3. Mr. Gill has spoken to Mr. Portz and Mr. Portz has indicated that he has no objection to this continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with the hearing on July 25, 2022.

## ORDER

IT IS HEREBY ORDERED, that the Revocation of Supervised Release hearing, currently scheduled for July 25, 2022, at the hour of 11:00 a.m., be vacated and continued to September 26, 2022, at 10:00 a.m.

Dated this 19th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE