# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>MATTHEW RIDGE,<br><br>      Defendant. | Case No. 2:09-cr-00455-JAD-LRL-1<br><br>**ORDER**<br><br>ECF No. 129 |

Based on the parties' stipulation, IT IS ORDERED that the revocation hearing scheduled for Tuesday, September 27, 2022 at 2:00 p.m., be vacated and continued to November 29, 2022, at 2:00 p.m.

DATED this 26th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE