UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00455-JAD-LRL |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| MATTHEW RIDGE, | ECF No. 132 |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, November 29, 2022 at 2:00 p.m., be vacated and continued to February 6, 2023, at 11:00 a.m.

DATED this 23rd day of November 2022.

_____
UNITED STATES DISTRICT JUDGE