UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MATTHEW RIDGE,<br><br>　　　　Defendant. | Case No. 2:09-cr-00455-JAD-LRL<br><br>**ORDER**<br><br>ECF No. 143 |

　　　Based on the pending Stipulation of counsel, and good cause appearing,

　　　IT IS ORDERED that the revocation hearing currently scheduled for Monday, February 6, 2023 at 11:00 a.m., be vacated and continued to May 3, 2023 at the hour of 3:30 p.m.

　　　DATED this 31st day of January, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE